# Law Office of Angus James Bell

30 Wall Street, 8ᵗʰ Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

November 5, 2025

<u>VIA ECF</u>
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Brandi Felci, et al.*, S1 25 Cr. 484 (DLC)

Dear Judge Cote:

     I write to advise the Court and to seek its consideration of a treatment-based modification of Ms. Felci's bail conditions, developed in consultation with Pretrial Services. The defense intends to request that Ms. Felci be admitted to a residential, inpatient drug-treatment program approved by the Southern District of New York.

     Ms. Felci is 30 years old and has a longstanding, intergenerational history of substance abuse. Her addiction began in adolescence and has been reinforced by patterns of use that have affected multiple generations of her family. Despite her significant history of substance abuse, she has never had the opportunity to participate in a structured, long-term residential treatment program capable of addressing the root causes of her addiction and promoting sustained recovery.

     At present, Ms. Felci is detained on consent and without prejudice to seeking an appropriate bail package. The defense respectfully submits that placement in a SDNY-approved inpatient treatment facility would constitute such a package and would provide the structure and supervision necessary to address both the Court's concerns and Ms. Felci's rehabilitative needs. This request is made pursuant to the Bail Reform Act, which expressly authorizes the Court to order participation in a specified program of inpatient medical or drug-dependency treatment as a condition of release. *(See* 18 U.S.C. § 3142(c)(1)(B)(x).)

     Pretrial Services supports this plan and has indicated that such placement is consistent with the objectives of supervision and public safety. The defense likewise believes that a court-approved inpatient program would provide the most effective and humane means of ensuring Ms. Felci's stability, accountability, and long-term rehabilitation.

     Working jointly, the defense and Pretrial Services will identify an appropriate residential facility that satisfies the Court's approval criteria. Once a program accepts Ms. Felci, the defense will promptly file a formal application detailing the facility's structure,

clinical programming, and supervision provisions, and will coordinate with Pretrial Services to ensure full reporting to the Court.

    Thank you for the Court's continued attention to Ms. Felci's circumstances and for considering this treatment-based approach, which both the defense and Pretrial Services believe offers the best path toward rehabilitation, compliance, and community safety.

Respectfully submitted,

*-s- Angus James Bell, Esq.*
A. James Bell, Esq.
*Counsel for Brandi Felci*

Cc: (Via ECF)
Remy Grosbard, AUSA
Adam Z. Margulies, AUSA
Lauren E. Phillips, AUSA
U.S. Pretrial Services (SDNY)