

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 7, 2025

**BY ECF AND EMAIL**
The Honorable Sarah Netburn
Chief United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSEMENT**

GRANTED.  The deadline is adjourned to
November 10, 2025.

SO ORDERED.

Dated: November 7, 2025
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

Re:    ***United States v. Brandi Felci*, S1 25 Cr. 484 (DLC)**

Dear Chief Judge Netburn, Judge Lehrburger, and Judge Ricardo:

The Government respectfully requests a one-business-day adjournment, to Monday, November 10, 2025, of the deadline to submit the agent declarations orally ordered by the Court on November 4, 2025.  The requested adjournment would facilitate the finalization and review of the declarations in response to the Court's questions at the November 4 proceeding.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    _____/s/_____
Remy Grosbard
Adam Z. Margulies
Lauren E. Phillips
Assistant United States Attorneys
Southern District of New York

cc:    Counsel of Record (by ECF and email)