# Law Office of Angus James Bell

30 Wall Street, 8ᵗʰ Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

January 22, 2026

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Granted.*
*Denise Cote*
*1/22/26*

Re: *United States v. Brandi Felci*, et al., S1 25 Cr. 484 (DLC)

Dear Judge Cote:

I write to respectfully request that the Court appoint Mr. Brian Buckmire as associate counsel in this matter. Ms. Brandi Felci stands charged in a multi-count indictment alleging his participation in a narcotics trafficking conspiracy that resulted in multiple overdoses, including fatalities and related firearm offenses.

Given the gravity of these charges, the voluminous discovery and the complexity of the issues anticipated if this matter proceeded to trial, the defense respectfully seeks the Court's authorization to retain Mr. Buckmire to the defense team as associate counsel at a rate of $140 per hour. Mr. Buckmire is a member in good standing of the New York State Bar, as well as the Eastern and Southern Districts of New York. He has handled complex felony cases in both the state and federal courts and is well qualified to provide critical assistance with discovery review, motion practice and trial preparation in this matter.

Thank you in advance for your consideration of this request.

Respectfully,

*Angus James Bell*
A. James Bell, Esq.