# Law Office of Angus James Bell

30 Wall Street, 8ᵗʰ Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

April 15, 2026

***Filed Via ECF***
Hon. Denise Cote
United States District Court
Southern District of New Yor
500 Pearl Street
New York, New York 10007

Re: *United States v. Brandi Felci (Brown), 25Cr484*(DLC)
Application for Interim Vouchers

Dear Judge Cote,

We represent Ms. Brandi Felci pursuant to appointment under the Criminal Justice Act18 U.S.C. § 3006A, in the above captioned matter. We write to respectfully request authorization to submit interim CJA vouchers in connection with the going representation of Ms. Felci.

The Government's discovery production in this matter is substantial, and the team has dedicated and continues to dedicate, significant time to its review, analysis and organization of the materials. As solo practitioners, interim compensation would help the team avoid economic hardship while the matter proceeds.

Thank you in advance for any and all consideration of this request. We will await further instructions from the Court.

Respectfully submitted,

A James Bell, Esq.
Law Office of Angus James Bell, LLC
CJA Appointed Counsel for *Ms. Brandi Felci*