# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765 Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

September 27, 2026

**BY ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Brandi Felci*, S1 25 Cr. 484-18 (DLC)

Dear Judge Cote:

I am CJA counsel for Brandi Felci. I write respectfully to request that my appointment be deemed effective nunc pro tunc to October 30, 2025.

Ms. Felci was arrested on October 30, 2025. That day I appeared with her for presentment before Magistrate Judge Robert W. Lehrburger, The matter was initially heard on the record, however given Ms. Felci's medical condition the presentment could not go forward, and she was taken to the hospital. The parties appeared again on October 31, 2025 where her financial affidavit was approved and my appointment entered when we appeared before Magistrate Judge Sarah Netburn.

Currently the appointment bears the October 31 date, and the services rendered on October 30, meeting with Ms. Felci, conferring with the Government and Pretrial Services, and appearing before Judge Lehrburger, fall outside the period of appointment. Accordingly, I respectfully request that the Court deem my CJA appointment effective nunc pro tunc to October 30, 2025.

Thank you in advance for the Court's consideration of this application.

Respectfully,

______________________
Angus James Bell, Esq.

cc: All counsel of record (by ECF)

Granted.

SO ORDERED:

______________________
Hon. Denise L. Cote, U.S.D.J.
Dated: September 28, 2026