Case 1:25-cr-00484-DLC Document 298 Filed 10/07/26 Page 1 of 1


# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765 Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com


October 6, 2026

BY ECF
Honorable Denise L. Cote, USDJ
Southern District of New York
New York, New York 10007

Re: *United States v. Brandi Felci*, S1 25 Cr. 484 (DLC)

Dear Judge Cote:

I am CJA counsel for Brandi Felci. I write respectfully seeking an adjournment of the sentencing currently scheduled for November 12, 2026 at 11:00 a.m. Under the current schedule, the defense submission is due October 30, 2026 and the Government's response is due November 6, 2026.

The defense has engaged a forensic psychologist to evaluate Ms. Felci for purposes of mitigation at sentencing. Ms. Felci is detained at MDC Brooklyn. The psychologist was cleared today, October 6th, to enter the facility, and is scheduling the in-person testing. She has advised that the current schedule will not allow her to complete the testing and draft her written report.

In addition, I am scheduled to begin trial on November 30, 2026 in *United States v. Kricfalusijs*, 24 Cr. 707 (GBD), which is expected to last approximately two weeks. Associate counsel and I will be engaged in preparing for and trying that case through mid-December. A brief adjournment would place Ms. Felci's sentencing in the final weeks before that trial, when counsel could not give her sentencing the attention it requires after the our trial.

Accordingly, I respectfully request that the defense submission be due January 8, 2027, the Government's response be due January 15, 2027, and sentencing be adjourned to a date during the week of January 18, 2027, or such other date thereafter that is convenient for the Court.

The Government, by AUSA Adam Margulies, has no objection to this request. This is the defense's first request for an adjournment of sentencing.

Thank you in advance for your consideration of this application.

Respectfully,

*Angus J. Bell*
Angus James Bell, Esq.

cc: All counsel of record (by ECF)

Sentence is rescheduled to 11/20/26 at noon. Defense submissions are due 11/12; Government submissions are due 11/17/26.
Denise Cote
10/8/26