# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765 Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

October 8, 2026

BY ECF
Honorable Denise L. Cote, USDJ
Southern District of New York
New York, New York 10007

Re: *United States v. Brandi Felci*, S1 25 Cr. 484 (DLC)

Dear Judge Cote:

I am CJA counsel for Brandi Felci. I write respectfully to request that the Court authorize compensation for associate counsel, Brian Buckmire, Esq., at the rate of $148 per hour, nunc pro tunc to January 22, 2026, the date the Court approved his appointment as associate counsel (Dkt. 126).

On January 22, 2026, the Court granted my application for the appointment of associate counsel (Dkt. 125, 126), and associate counsel has been compensated at $140 per hour. Thereafter, the Stage One case budget for Ms. Felci's representation, approved by this Court on July 6, 2026 and by the Second Circuit on July 16, 2026, provides for associate counsel at $148 per hour. The CJA Clerk's Office has advised that an order of the Court is needed before associate counsel can be paid at the budgeted rate.

Accordingly, I respectfully request that the Court authorize compensation for associate counsel at the rate of $148 per hour, nunc pro tunc to January 22, 2026, consistent with the approved budget.

Thank you in advance for your consideration of this application.

Respectfully,

Angus J. Bell
Angus James Bell, Esq.

SO ORDERED:

Denise Cote
Hon. Denise L. Cote, U.S.D.J.
Dated: October 13, 2026

cc: All counsel of record (by ECF)